**Ronnie David ASHLEY, Petitioner–Appellant,**

v.

**Dan BRAXTON, Warden, Respondent–Appellee.**

No. 00–7252.

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 31, 2001.

Decided Feb. 22, 2001.

Ronnie David Ashley, pro se. Richard Carson Vorhis, Office of the Attorney General of Virginia, Richmond, VA, for appellee.

Before NIEMEYER and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Ronnie David Ashley appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2000). In his petition, Ashley maintained that the Virginia Parole Board's revocation of good-time credits, earned prior to parole release, violated the Ex Post Facto Clause. In the recent decision of *Warren v. Baskerville,* 233 F.3d 204 (4th Cir.2000), this court decided this issue, holding that the Virginia Parole Board (Board) possessed the authority to revoke good-time credits, and that the Board's policy change did not violate the Ex Post Facto Clause. We have reviewed the record and the district court's opinion dismissing Ashley's remaining claims and find no reversible error.

Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*